1  LYNN HUBBARD, III, SBN 69773
   SCOTTLYNN J HUBBARD IV, SBN 212970
2  LAW OFFICES OF LYNN HUBBARD
   12 WILLIAMSBURG LANE
3  CHICO, CALIFORNIA 95926
   Telephone: (530) 895-3252
4  Facsimile: (530) 894-8244
   E-Mail: esdceast@hubslaw.com

Attorneys for Plaintiff Robert Dodson

7  NICK A. BOODROOKAS, SBN 113076
   LUCAS E. GILMORE, SBN: 250893
8  STEYER LOWENTHAL BOODROOKAS
   ALVAREZ & SMITH LLP
9  ONE CALIFORNIA STREET, THIRD FLOOR
   SAN FRANCISCO, CALIFORNIA 94111
10 Telephone: (415) 421-3400
   Facsimile: (415) 421-2234
11 E-mail: nboodrookas@steyerlaw.com
           lgilmore@steyerlaw.com

Attorney for Defendants

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT DODSON,<br><br>    Plaintiff,<br><br>v.<br><br>FRESH CHOICE, LLC dba FRESH CHOICE #011; MASSIE KIDS IV PROPERTIES, LLC; RICKY W. MASSIE,<br><br>    Defendants.<br>_____ / | Case No. 2:09-CV-01648-FCD-KJM<br><br>**STIPULATION AND ORDER FOR DISMISSAL OF ACTION WITH PREJUDICE** |

TO THE COURT AND ALL PARTIES:

Pursuant to Fed. R. Civ. P. 41, plaintiff, ROBERT DODSON, and defendants, FRESH CHOICE, LLC dba FRESH CHOICE #011, MASSIE KIDS IV PROPERTIES, LLC and RICKY W. MASSIE, hereby stipulate and request that Court enter an order dismissing all parties and claims for relief in the above-captioned action, with prejudice with each side to bear its own attorney's fees and costs.

Dated: January 26, 2010          DISABLED ADVOCACY GROUP, APLC

*/s/ Lynn Hubbard III*
LYNN HUBBARD, III
Attorney for Plaintiff

Dated: January 22, 2010          STEYER LOWENTHAL BOODROOKAS
ALVAREZ & SMITH LLP

*/s/ Lucas E. Gilmore*
NICK A. BOODROOKAS
LUCAS E. GILMORE
Attorney for Defendants

**ORDER**

IT IS HEREBY ORDERED that the complaint of plaintiff, USDC Case No. 2:09-CV-01648-FDC-KJM, is hereby dismissed with prejudice.

Dated: January 26, 2010

FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE